STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

,SC COURT

Vincent P. Murray

VS.

R.I. Probation Officer (David Florio)

CA.NO# CA 07 464 ML

## AFFIDAVIT OF INDIGENCY

Now comes the Plaintiff/~~Defendant,~~ , and hereby states that in this action he has no present ability to pay costs of service of process, filing fees or other costs needed to appeal the Court's decision. The Plaintiff/Defendant is currently serving a sentence at the Adult Correctional Institution and is indigent. In support of this affidavit I refer to and incorporate herein the attached financial statement.

Vincent P. Murray ,Pro-Se
P.O. Box 8274
Cranston, R.I. 02920

Subscribed to and sworn before me this 28 day of November, 2007.

Notary Public [signature]

City Cranston

County Providence

State RI