U.S. District Court of Rhode Island
Providence, Rhode Island

Case # 07-464 ML

Vincent P. Murray
v.
David Floiro, R.I. Probation Dept et. al
George Lang, R.I. Probation Dept. et. al
Kevin Dunphy, R.I. Interstate Compact Dept. et. al

Now comes petitioner plaintiff Vincent P. Murray and respectfully request a Continuance of "60" day on the above case No. 07-464 ML due to the fact that I have not received answers to my subpoena's that were served on the defendants, after re-submitting my second application and and agreeing to have the $350 filing fee pursuant to the Prison Litigation Reform Act of 1995 and codified in 28 USC 1915 (b)(1) deducted from my prison trust fund account.

I assumed the subpoena's would be addressed and the case would go foreward, as I have not received an answer from the waiver of services.

I respectfully request that I not be held to the stringent standards of an attorney, consistent with Haines-v-Kerner 30 LEd 2nd 652 due to petitioners;

(a) limited education. 8th Grade grammer school.

(b) advanced age, 85 years

(c) diminshed capacity, short term memory loss due to brain injury and the effects of stroke and siezures over the past several years.

Respectfully Submitted

Vincent P. Murray

Vincent P. MURRAY
Med-I-Id. 103847
P.O. Box 8274
Cranston, RI 02920

Dated May 2, 2008